[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 97-1740

 HERTZL SINAI,

 Plaintiff, Appellant,

 v.

 GABRIEL O. DUMONT, ET AL.,

 Defendants, Appellees.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Joseph L. Tauro, U.S. District Judge] 

 

 Before

 Lynch, Circuit Judge, 
 Bownes and Cyr, Senior Circuit Judges. 
 

Hertzl Sinai on brief pro se. 

 

 February 12, 1998
 

 Per Curiam. Pro se plaintiff Herzl Sinai appeals a 

district court order that dismissed his complaint on the

ground that it has no arguable basis in law under 28 U.S.C. 

1915(e). This court has thoroughly reviewed the record and

Sinai's brief on appeal. We agree that the complaint was

properly dismissed, for the reasons stated by the district

court. Accordingly, the judgment of the district court is

summarily affirmed. See Local Rule 27.1. 

 -2-